IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHA KINE, on behalf of Z.E.K., a minor, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CASE NO. 2:10-cv-751-MEF |

## **O R D E R**

On February 13, 2012, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the decision of the Commissioner is AFFIRMED and this case is DISMISSED.

DONE this the 5th day of March, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE